IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| DEANNA L. JOHNSON | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:17-CV-00230-TSE-TCB |
| | ) | |
| STAFFING ALTERNATIVES, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**JUDGMENT**

Pursuant to the unanimous jury verdict entered on Thursday, April 19, 2018, and in accordance with Rule 58, Fed. R. Civ. P., JUDGMENT is hereby entered in favor of defendant STAFFING ALTERNATIVES, INC. and against plaintiff DEANNA L. JOHNSON.

Alexandria, Virginia
April 19, 2018

FERNANDO GALINDO
Clerk

　　　　/s/ M. Pham
Courtroom Deputy